IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERNEST TERRELL FRIAR, JR.                                    PLAINTIFF
ADC #660122

v.                        No. 3:26-cv-18-DPM

JACKSON COUNTY DETENTION
CENTER                                                      DEFENDANT

## ORDER

**1.**  Friar is a three-striker.  Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim.  *E.g., Friar v. Jackson County Sherriff*, No. 1:14-cv-00097-BSM (E.D. Ark.); *Friar v. Jackson County Sheriff, et al.*, No. 1:16-cv-00027-BSM (E.D. Ark.); and *Friar v. Wrightsville Unit*, No. 4:17-cv-00486-SWW (E.D. Ark.). And nothing in his new complaint, *Doc. 1*, suggests he's currently in imminent danger of serious physical injury.  28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

**2.**  If Friar wants to pursue this case, then he must pay $405 filing and administrative fee and file a motion to reopen the case by 2 March 2026.  An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WBMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2026