IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERNEST TERRELL FRIAR, JR.**　　　　　　　　　　**PLAINTIFF**
**ADC #660122**

v.　　　　　　　　No. 3:26-cv-00018-DPM

**JACKSON COUNTY DETENTION**
**CENTER**　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Friar's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 February 2026